No. 159, Misc.  WILLIAMS *v.* RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 160, Misc.  DAVIS *v.* RAGEN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 161, Misc.  WILLIAMS *v.* NIERSTHEIMER, WARDEN.  Circuit Court of Pike County, Illinois.  Certiorari denied.

No. 163, Misc.  AVELINO *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 164, Misc.  PRYOR *v.* CALIFORNIA.  District Court of Appeal, 1st Appellate District, of California.  Certiorari denied.

No. 165, Misc.  EVANS *v.* ILLINOIS.  Circuit Court of Randolph County, Illinois.  Certiorari denied.

No. 168, Misc.  SEMBLY *v.* SWENSON.  Court of Appeals of Maryland.  Certiorari denied.

No. 174, Misc.  SKINNER *v.* NIERSTHEIMER, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 175, Misc.  WEHR *v.* RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 182, Misc.  THOMPSON *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.